James E. Doroshow (SBN 112920)
    jdoroshow@foxrothschild.com
Ashe Puri (SBN 297814)
    apuri@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone:  310-598-4150
Facsimile:   310-556-9828

JS-6

Attorneys for Plaintiff,
PACIFIC LOCK COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC LOCK COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE EASTERN COMPANY d/b/a CCL SECURITY PRODUCTS, WORLD LOCK CO. LTD., DONGGUAN REEWORLD SECURITY PRODUCTS LTD., and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 14-CV-06371-ODW-VBK<br><br>Hon. Judge Otis D. Wright, II<br><br>**DISMISSAL ORDER**<br><br>Complaint Filed:　　8/13/14 |

[PROPOSED] DISMISSAL ORDER

ACTIVE 30506485v1 07/17/2015

1  WHEREAS, the Court is informed that the parties have resolved this action pursuant to a settlement agreement.  Plaintiff PACIFIC LOCK COMPANY hereby dismisses all of its claims against Defendants THE EASTERN COMPANY d/b/a CCL SECURITY PRODUCTS, WORLD LOCK CO. LTD. and DONGGUAN REEWORLD SECURITY PRODUCTS LTD. with prejudice.

IT IS HEREBY ORDERED that, pursuant to and in accordance with the terms of the settlement agreement, the Complaint of PACIFIC LOCK COMPANY shall be dismissed with prejudice.

SO ORDERED this 20th day of July 2015



_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] DISMISSAL ORDER
1

ACTIVE 30506485v1 07/17/2015